23 A.3d 1052

**WEST PENN ALLEGHENY HEALTH SYSTEM**
**d/b/a Allegheny General Hospital**

v.

**MEDICAL CARE AVAILABILITY AND REDUCTION**
**OF ERROR FUND (MCARE), and Kiana Townes,**
**a Minor, by Tamara Blanchard, Guardian.**

**Appeal of Medical Care Availability and**
**Reduction of Error Fund (Mcare).**

Supreme Court of Pennsylvania.

July 19, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of July, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**